No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

In the Matter of WILLIAM WARD, as President of New York Typographical Union No. 6, et al., Appellants, against STEPHEN G. KELLEY, as Supervisor of the City Record, Respondent.— No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.; Martin, P. J., dissents and votes to reverse and grant the motion.

In the Matter of THOMAS F. WALSH, JR., Appellant, against HARRY W. MARSH et al., Constituting the Municipal Civil Service Commission of the City of New York, et al., Respondents.— No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

MORRIS POLLMAN, Appellant, v. SAM POLLMAN et al., Respondents.— No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

HELEN E. BING et al., Plaintiffs, v. CONSOLIDATED OIL CORPORATION, Respondent, FRED H. BARTLETT et al., Defendants, and ROBERT L. CLARKSON, Defendant-Appellant.— No opinion. Present — Martin, P. J., Glennon, Dore and Cohn, JJ.

LELAND WINE & LIQUOR STORE, INC., Respondent, v. MIDTOWN WAREHOUSE, INC., Appellant, et al., Defendants. LEXINGTON LIQUOR SHOP, INC., Respondent, and ALBERT EDELMAN, Doing Business as CHELSEA WINE & LIQUOR COMPANY, Respondent, et al., Plaintiffs; PIONEER REAL ESTATE CO., INC., Impleaded Defendant.— No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

BOBBIE GANGER, Respondent, v. ARTHUR MAISEL et al., Appellants, et al., Defendants.— No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

JOSEPH KELLNER, Appellant, v. EMIL KAUFMAN et al., Respondents.— No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

JOSEPH KELLNER, Respondent, v. EMIL KAUFMAN et al., Appellants.—